UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN T. WILLIAMS,

               Plaintiff,

-v-

RICHARD J. SULLIVAN, *et al.*,

               Defendants.

23 Civ. 8303 (PAE)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

PAUL A. ENGELMAYER, District Judge:

    On July 30, 2020, plaintiff John T. Williams was barred, under 28 U.S.C. § 1651, from filing any new action in the Southern District of New York *in forma pauperis* (IFP) without first obtaining permission from the Court. *See Williams v. United States*, 20 Civ. 3101 (LLS), Dkt. 5 at 2 (S.D.N.Y. July 30, 2020), *appeal dismissed*, No. 20-3138 (2d Cir. Oct. 22, 2020) (dismissal effective Nov. 12, 2020). Williams files this new *pro se* action and seeks IFP status despite not having sought prior permission from the Court.[1] The Court therefore dismisses this action without prejudice for Williams's failure to comply with the July 30, 2020 order.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

    The Clerk of Court is respectfully directed to enter judgment in this case.

---

[1] Williams originally filed this action in the United States District Court for the Western District of New York, and by order dated September 18, 2023, the Western District of New York transferred the action to this Court. *See Williams v. Sullivan*, No. 23 Civ. 756 (W.D.N.Y. Sept. 18, 2023).

SO ORDERED.

*Paul A. Engelmayer* (signature)

Paul A. Engelmayer  
United States District Judge

Dated: October 2, 2023  
      New York, New York