**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JOHN T. WILLIAMS,

                Plaintiff,

  -against-                                        23 **CIVIL 8303 (PAE)**

                                                               **<u>JUDGMENT</u>**

RICHARD J. SULLIVAN, *et al.*,

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 2, 2023, the Court therefore dismisses this action without prejudice for Williams's failure to comply with the July 30, 2020 order. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:** New York, New York

     October 2, 2023

                                                            **RUBY J. KRAJICK**
                                                               Clerk of Court

                                              **BY:**

                                                                **Deputy Clerk**